# *EXHIBIT A*



UNITED STATES DEPARTMENT OF EDUCATION

OFFICE OF POSTSECONDARY EDUCATION

FEB 2 4 1997

RECEIVED

MAR 10 1997

PRAF

Dear Guaranty Agency Director:

RE:   Administrative wage garnishment

We have been asked to update and reissue the list of guaranty agencies that was sent to you in 1994. You will note that this list refers to the Educational Credit Management Corporation (ECMC), which is the new name for what was formerly known as the Transitional Guaranty Agency.

The list has proved helpful in assuring employers that your agency is authorized under federal law to administratively garnish the wages of borrowers who owe defaulted loans. Please ensure that it is sent with *every* withholding order sent to employers.

Sincerely,

Pamela A. Moran
Chief, Loans Branch
Policy Development Division
Student Financial Assistance Programs

Enclosure                                    Exhibit "A", Page 1 of 2

500 INDEPENDENCE AVE., S.W. WASHINGTON, D.C. 20202

Our mission is to ensure equal access to education and to promote educational excellence throughout the Nation.

# UNITED STATES DEPARTMENT OF EDUCATION

## OFFICE OF POSTSECONDARY EDUCATION

The following organizations have agreements with the U.S. Department of Education to participate in the Federal Family Education Loan (FFEL) Program as guaranty agencies under section 428(b) of the Higher Education Act of 1965, as amended (HEA). The guaranty agencies on this list are authorized to issue administrative wage garnishment withholding orders to employers, pursuant to section 488A of the HEA, to recover FFEL debts owed by individuals who have defaulted on their student loan repayment obligations.

Alabama Commission on Higher Education
American Student Assistance (Massachusetts)
California Student Aid Commission
Colorado Student Loan Program
Connecticut Student Loan Foundation
Coordinating Board for Higher Education (Missouri)
Delaware Higher Education Loan Program
Education Assistance Corporation (South Dakota)
Florida Department of Education, Office of Student Financial Assistance
Georgia Higher Education Assistance Corporation
Great Lakes Higher Education Corporation (Wisconsin)
Guaranteed Student Loan Program (Montana)
Higher Education Assistance Authority (Kentucky)
Illinois Student Assistance Commission
Iowa College Student Aid Commission
Louisiana Office of Student Financial Assistance Commission
Maine Education Assistance Division, Finance Authority of Maine
Maryland Higher Education Loan Corporation
Michigan Department of Education, Guaranteed Student Loan Program
Nebraska Student Loan Program
New Hampshire Higher Education Assistance Foundation
New Jersey Higher Education Assistance Authority
New Mexico Student Loan Guarantee Corporation
New York State Higher Education Services Corporation
North Carolina State Education Assistance Authority
Northstar Guarantee, Inc. (Minnesota)
Northwest Education Loan Association (Washington)
Ohio Student Aid Commission
Oklahoma Guaranteed Student Loan Program
Oregon State Scholarship Commission
Pennsylvania Higher Education Assistance Agency
Rhode Island Higher Education Assistance Authority
South Carolina State Education Assistance Authority
State Education Assistance Authority (Virginia)
State Student Assistance Commission of Indiana
Student Loans of North Dakota
Student Loan Guarantee Foundation of Arkansas
Tennessee Student Assistance Corporation
Texas Guaranteed Student Loan Corporation
Transitional Guarantee Agency (Minnesota)
USA Group, Inc. (Indiana)
Utah Higher Education Assistance Authority
Vermont Student Assistance Corporation
Virgin Islands Joint Board of Education

Exhibit "A", Page 2 of 2

400 MARYLAND AVE., S.W.   WASHINGTON, D.C. 20202

*Our mission is to ensure equal access to education and to promote educational excellence throughout the Nation.*