# *EXHIBIT B*

**TG**

P.O. Box 83100 Round Rock, Texas 78683-3100 | (800) 222-6297 | (512) 219-7337 | www.tgslc.org

**IN RE** §
**STUDENT LOAN DEBT OF** §
**WAYNE T CONTI, DEBTOR** §

**EMPLOYER:**
**MERCER STREET BOOKS, INC.**
**206 MERCER ST**
**NEW YORK, NY 10012-1518**

### ORDER OF WITHHOLDING FROM EARNINGS

Pursuant to authority granted the Texas Guaranteed Student Loan Corporation (TG) by federal law (Public Law 102-164; 20 U.S.C. §1095a et seq.), **YOU**, the employer of the debtor named below, **ARE HEREBY ORDERED AND DIRECTED** to withhold income from the debtor's disposable pay from this employment for payment of defaulted student loan(s), as follows:

**Debtor:** WAYNE T CONTI
**Address:** 5 MORTON ST APT 4D
NEW YORK, NY 10014-4053

**SSN#:** 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
**Total Amount Currently Due:** $10,858.92

**Amount to Withhold:**
Employer **SHALL DEDUCT AND PAY TO TG** from the debtor's wages ten percent (10%) of the debtor's disposable pay for each pay period, or the amount permitted by 15 U.S.C. 1673, unless the debtor provides TG with written consent to deduct a greater amount. **This amount SHALL be deducted** until the amount set forth above as the "Total Amount Currently Due", plus all further accrued interest, is fully paid.

**Time for Withholding:**
Employer is **DIRECTED to begin withholding** from the debtor's disposable pay beginning with **the first pay period** that occurs after the issuance of this Withholding Order.
**Method of Payment:**
Employer is **DIRECTED TO PAY all amounts withheld** on each regular pay day, no less frequently than once each month, to:
TG
P.O. Box 659601
San Antonio, TX 78265-9601

All payments **MUST identify** the debtor and the debtor's social security number.

Section 488A of the Act provides that an employer who fails to comply with a garnishment order issued under this law will be liable for any amounts that are not so withheld following its receipt, in addition to costs of suit as a result of legal action authorized under the law.

**THIS ORDER OF WITHHOLDING IS ISSUED ON November 16, 2005.**
TG Collections
Email: collections@tgslc.org

Exhibit "B"