UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEXAS GUARANTEED STUDENT LOAN CORP.

                Plaintiff,

Vs

MERCER STREET BOOKS, INC.

                Defendants.

Case No.
06cv11495

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at Yonkers, NY:

On November 6, 2006 at 6:55 a.m. at 5 Morton Street, Apt. 4D, New York, NY 10014, I served the within SUMMONS, COMPLAINT & CIVIL COVER SHEET on MERCER STREET BOOKS, INC., defendant therein named, by delivering a true copy of same to WAYNE T. CONTI, CEO..

The person served is a white male, gray hair, 50-60 years old, 6'1"-6'2" in height, 190-200 pounds.

                                              Caswell Bryan
                                              License No. 846846

Sworn to before me this
7th day of November 2006.

NOTARY PUBLIC

JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6119206
Qualified in New York County
Commission Expires November 29, 2007

**LegalEase, Inc.**

139 Fulton Street, New York, NY 10038
Tel: 212-393-9070 • 800-393-1277 • Fax: 212-393-9796