UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TEXAS GUARANTEED STUDENT LOAN CORP.

              Plaintiff,

Vs

MERCER STREET BOOKS, INC.

              Defendants.

Case No.
06cv11495

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK)
COUNTY OF NEW YORK } ss.:

Caswell Bryan, being duly sworn, deposes and says: I am not a party to this action, am Over 18 years of age and reside at Yonkers, NY:

On November 6, 2006 at 11:51 a.m. at 206 Mercer Street, New York, NY 10012 I served the within SUMMONS, COMPLAINT & CIVIL COVER SHEET on MERCER STREET BOOKS, INC., defendant therein named, by delivering a true copy of same to CHRIS SHOOK, manager and designated agent.

The person served is a white male, blonde hair, 35-45 years old, 5'7"-5'9" in height, 190-200 pounds.

                                                          Caswell Bryan
                                                          License No. 846846

Sworn to before me this
7th day of November 2006.

_____
NOTARY PUBLIC

JULIO DELARA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE6119206
Qualified in New York County
Commission Expires November 29, 20 08

*LegalEase, Inc.*