# ORIGINAL



**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TEXAS GUARANTEED STUDENT LOAN CORPORATION, )<br>  Plaintiff, )<br>V. )<br> )<br>MERCER STREET BOOKS, INC., )<br>  Defendant. ) | 7:06-cv-11495 (SCR) ( MDF ) |

**STIPULATION EXTENDING DEFENDANT'S TIME
TO ANSWER PLAINTIFF'S COMPLAINT**

**WHEREAS**, on October 31, 2006, Texas Guaranteed Student Loan Corporation ("TGSLC") filed a Complaint against the Defendant, Mercer Street Books, Inc. pursuant to 20 U.S.C. §1095a;

**WHEREAS**, counsel for the Defendant has contacted Plaintiff's counsel regarding the Complaint;

**WHEREAS**, Plaintiff and Defendant have been actively attempting to negotiate a settlement;

**WHEREAS**, if the parties are able to reach an agreement and such agreement is approved by the Court, to the extent necessary, the Complaint against the Defendant would be dismissed and the parties do not wish to unnecessarily incur attorney's fees and costs or to otherwise burden the Court;



Based on the foregoing, **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned attorneys for Defendant, and attorneys for Plaintiff TGSLC, and subject to the approval and order of the Court, that the deadline by which the Defendant shall file an Answer to the Complaint, or other responsive pleading, in the above-captioned adversary proceedings is extended through and including December 27, 2006.

Dated at Bridgeport, Connecticut this 16th day of November, 2006.

PULLMAN & COMLEY, LLC

By: /s/ Jessica Grossarth
Keith N. Costa (KC1213)
Jessica Grossarth (JG1138)
50 Main Street – Suite 1000
White Plains, NY 10606
(914) 682-6895 (Telephone)
(914) 682-6894 (Fax)
**Attorneys for Plaintiff
Texas Guaranteed Student
Loan Corporation**

By: /s/ Carol A. Calhoun
Carol A. Calhoun, Esq.
46 Carmine Street
New York, NY 10014
(212) 741-7229 (Telephone)
(212) 627-1001 (Fax)

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXAS GUARANTEED STUDENT <br> LOAN CORPORATION, <br>           Plaintiff, <br> V. <br><br> MERCER STREET BOOKS, INC., <br>           Defendant. | 7:06-cv-11495 (SCR) |

ORDER EXTENDING DEFENDANT'S TIME TO
TO ANSWER PLAINTIFF'S COMPLAINT

**AND NOW**, the Court having considered the Stipulation Extending Defendant's Time to Answer Plaintiff's Complaint and good cause existing,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

**IT IS FURTHER ORDERED** that Defendant shall have an extension through and including December 27, 2006, to file an Answer or other responsive pleading to the Complaint.

IT IS SO ORDERED this 27th day of November, 2006.

_____
Mark D. Fox
U.S. Magistrate Judge

Bridgeport/71256.1/JXG/619438v1