UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TEXAS GUARANTEED STUDENT LOAN CORPORATION, | ) ) | CIVIL ACTON NO. |
| Plaintiff, | ) | |
| V. | ) ) | 06-CV-11495(WHP) (THK) (ECF Case) |
| MERCER STREET BOOKS, INC., | ) | |
| Defendant. | ) ) | November 7, 2007 |

**AFFIDAVIT OF SERVICE**

STATE OF CONNECTICUT )
) ss: Bridgeport
COUNTY OF FAIRFIELD )

I, Jessica Grossarth, having been duly sworn, deposes and says:

1. Deponent is not a party to the action, is over 18 years of age, and is a member of the law firm of Pullman & Comley, LLC, 850 Main Street, Bridgeport, Connecticut 06601-4006.

2. On November 7, 2007, I caused a true and correct copy of the Notice of Reassignment of this matter to the Honorable Judge William H. Pauley, III to be served via U.S. mail on the Defendant, Mercer Street Books, Inc., located at 206 Mercer Street, New York, New York 10012.

Respectfully submitted,
PULLMAN & COMLEY, LLC

By: /s/ Jessica Grossarth
Keith N. Costa
Jessica Grossarth
850 Main Street, P.O. Box 7006
Bridgeport, CT  06601-7006
203-330-2215  Fax 203-576-8888
**ATTORNEYS FOR PLAINTIFF**
**Texas Guaranteed Student Loan Corporation**

Bridgeport/71256.1/JXG/660095v1