UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXAS GUARANTEED STUDENT ) <br> LOAN CORPORATION, ) <br> Plaintiff, ) <br> V. ) <br> ) <br> MERCER STREET BOOKS, INC., ) <br> Defendant. ) <br> ) | CIVIL ACTON NO. <br><br> 06-CV-11495(WHP) (THK) <br> (ECF Case) <br><br> November 9, 2007 |

### AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT)
                                             )    ss: Bridgeport
COUNTY OF FAIRFIELD      )

I, Jessica Grossarth, having been duly sworn, deposes and says:

1. Deponent is not a party to the action, is over 18 years of age, and is a member of the law firm of Pullman & Comley, LLC, 850 Main Street, Bridgeport, Connecticut 06601-4006.

2. On November 9, 2007, I caused a true and correct copy of the Rule 26(f) Report On Parties' Planning Meeting to be served via U.S. mail on the Defendant, Mercer Street Books, Inc., located at 206 Mercer Street, New York, New York 10012 and Carol Calhoun, Esq. located at 46 Carmine Street, New York, NY 10014.

                                             Respectfully submitted,
                                             PULLMAN & COMLEY, LLC

                                             By: /s/ Jessica Grossarth_____
                                             Keith N. Costa (KC
                                             Jessica Grossarth (JG1138)
                                             850 Main Street, P.O. Box 7006
                                             Bridgeport, CT  06601-7006

2

        203-330-2215  Fax 203-576-8888
        **ATTORNEYS FOR PLAINTIFF**
        **Texas Guaranteed Student Loan Corporation**

Bridgeport/71256.1/JXG/660095v1