USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/26/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
TEXAS GUARANTEED STUDENT
LOAN CORPORATION,                              :

              Plaintiff,          :

      -against-                                 :

MERCER STREET BOOKS, INC.,           :

                                           :

              Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

06 Civ. 11495 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

       This Court conducted an initial pre-trial conference in this action on November 16, 2007. While the owner of Defendant was present, no attorney appeared on behalf of the corporation. Corporations can only appear through counsel in a federal court. Rowland v. California Men's Colony, Unit II Men's Advisory Council, 506 U.S. 194, 202 (1993). Defendant is in default.

       Plaintiff is directed to file a motion for default judgment by December 7, 2007. If no motion is filed, and no attorney has appeared on behalf of Defendant, this Court will dismiss the action for failure to prosecute.

       Plaintiff's counsel is directed to serve a copy of this order on Defendant.

Dated: November 21, 2007
       New York, New York

                                   SO ORDERED:

                                   WILLIAM H. PAULEY III
                                       U.S.D.J.

*Copy mailed to:*

Jessica Grossarth, Esq.
Pullman & Comley, LLC
50 Main Street
Suite 1000
White Plains, NY 10606
*Counsel for Plaintiff*