UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TEXAS GUARANTEED STUDENT LOAN CORPORATION, | ) ) ) | CIVIL ACTON NO. |
| Plaintiff, | ) | |
| V. | ) ) | 06-CV-11495(WHP) (THK) (ECF Case) |
| MERCER STREET BOOKS, INC., | ) ) | |
| Defendant. | ) ) | November 26, 2007 |

## AFFIDAVIT OF SERVICE

STATE OF CONNECTICUT )
) ss: Bridgeport
COUNTY OF FAIRFIELD )

I, Jessica Grossarth, having been duly sworn, deposes and says:

1.  Deponent is not a party to the action, is over 18 years of age, and is a member of the law firm of Pullman & Comley, LLC, 850 Main Street, Bridgeport, Connecticut 06601-4006.

2.  On November 26, 2007, I caused a true and correct copy of the Court's Order dated November 26, 2007 to be served via U.S. mail on the Defendant, Mercer Street Books, Inc., located at 206 Mercer Street, New York, New York 10012.

> Respectfully submitted,
> PULLMAN & COMLEY, LLC
>
> By: /s/ Jessica Grossarth
> Keith N. Costa (KC
> Jessica Grossarth (JG1138)
> 850 Main Street, P.O. Box 7006
> Bridgeport, CT  06601-7006
> 203-330-2215  Fax 203-576-8888
> **ATTORNEYS FOR PLAINTIFF**
> **Texas Guaranteed Student Loan Corporation**

Bridgeport/71256.1/JXG/661981v1