```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
TEXAS GUARANTEED STUDENT
LOAN CORPORATION,                   :

                Plaintiff,    :

    -against-                       :

MERCER STREET BOOKS, INC.,          :

                Defendant.
-----------------------------------X

06 Civ. 11495 (WHP)

ORDER

WILLIAM H. PAULEY III, District Judge:

    Plaintiff's motion for default judgment is denied for failure to comply with Local Civil Rule 55.2(b).

Dated: January 30, 2008
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.

*Copy mailed to:*

Jessica Grossarth, Esq.
Pullman & Comley, LLC
50 Main Street
Suite 1000
White Plains, NY 10606
*Counsel for Plaintiff*