**PULLMAN & COMLEY, LLC**
ATTORNEYS AT LAW



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE

Jessica Grossarth
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
p 203 330 2215
f 203 576 8888
jgrossarth@pullcom.com

February 1, 2008

**Via Facsimile Transmission To:**
The Honorable William H. Pauley III
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, NY 10017-1312

**MEMO ENDORSED**

Re:  *Texas Guaranteed Student Loan Corp. v. Mercer Street Books, Inc.*
     Case No. 06-CV-11495(WHP)

Honorable Judge Pauley:

This office represents the Plaintiff, Texas Guaranteed Student Loan Corporation ("TGSLC") in the above-referenced matter. On November 16, 2007, your honor held an initial status conference (the "Conference") at which time Keith N. Costa of this office appeared on behalf of TGSLC and Mr. Wayne Conti attempted to appear pro-se on behalf of the Defendant, Mercer Street Books, Inc. ("Defendant").

At the Conference, the Court advised Mr. Conti that a corporation could not be represented pro se and provided a deadline of December 6, 2007 by which TGSLC may file a motion for default judgment. On December 6, 2007, this office filed a motion for default judgment, but your honor denied the motion for our failure to comply with Local Civil Rule 55.2(b).

By this letter, I am seeking authority to file an amended motion for default judgment which complies with Local Civil Rule 55.2(b) and your honor's individual practice rules. To date, the Defendant has not filed an appearance or a response to TGSLC's Complaint or motion for default judgment.

*Application granted.*

SO ORDERED:

_____
WILLIAM H. PAULEY III U.S.D.J.
2/4/08

Very truly yours,

*Jessica Grossarth*
Jessica Grossarth

BRIDGEPORT    GREENWICH    HARTFORD    STAMFORD    WESTPORT    WHITE PLAINS