# *EXHIBIT 4*

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| TEXAS GUARANTEED STUDENT | § | |
| LOAN CORPORATION, | § | |
| Plaintiff, | § | CIVIL ACTION NO. |
| | § | |
| V. | § | 06-CV-11495(WHP)(THK) |
| | § | (ECF Case) |
| MERCER STREET BOOKS, INC., | § | |
| Defendant. | § | |

AFFIDAVIT OF DOUG W. RAY

| | |
|---|---|
| STATE OF TEXAS | § |
| | § |
| COUNTY OF TRAVIS | § |

On this day, Doug W. Ray, appeared before me, the undersigned notary public. After I administered an oath to him upon his oath, he said:

"My name is Doug W. Ray. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

1.    I am licensed to practice law in the State of Texas.

2.    Plaintiff, Texas Guaranteed Student Loan Corporation ("TGSLC"), retained me to help collect amounts that should have been withheld by Defendant under orders issued pursuant to 20 U.S.C. §1095a.

3.    The nature of the matter has required that I spend 2.45 hours on this matter.

4.    I charged Plaintiff $367.50 for my services on this case. These fees were reasonable for the services performed.

5.    The fee I charged is one customarily charged in this area for the same or similar services for an attorney with my experience, reputation, and ability, considering the nature of the controversy, the time limitations imposed,

the results obtained compared with results in similar cases, and the nature and length of my relationship with Plaintiff."



Doug W. Ray

**SWORN TO AND SUBSCRIBED** before me on this the _____ day of December _____, 2007.

Catherine Beyer

Notary Pubic, in and for
The State of Texas

Stamp:

f:\clients\08900\0003\3199\Aff-Doug

CATHERINE BEYER
Notary Public
STATE OF TEXAS
My Comm. Exp. 07-23-2008