# EXHIBIT 6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TEXAS GUARANTEED STUDENT ) <br> LOAN CORPORATION, ) <br>     Plaintiff, ) <br> V. ) <br> ) <br> MERCER STREET BOOKS, INC., ) <br>     Defendant. ) <br> ) | CIVIL ACTON NO. <br><br> 06-CV-11495 (WHP) |

**AFFIDAVIT OF JESSICA GROSSARTH IN SUPPORT**
**OF AMENDED MOTION FOR DEFAULT JUDGMENT**

Jessica Grossarth, an attorney, affirms the following to be true to the best of her knowledge and belief under penalty of perjury:

1. I am an attorney with the law firm of Pullman & Comley, LLC ("P&C"), which maintains offices for the practice of law at Pullman & Comley, LLC, 850 Main Street, Bridgeport, Connecticut 06604.

2. I am admitted to practice before the Courts of the State of Connecticut and the United States District Court for the following jurisdictions: Connecticut, Southern District of New York and the Eastern District of New York.

3. I submit this affidavit pursuant to the Individual Practices of Judge William H. Pauley, III dated January 3, 2006 (the "Chambers Rules") in support of the amended

motion for default judgment filed on behalf of Texas Guaranteed Student Loan Corporation (the "Plaintiff").

4. The Defendant, Mercer Street Books, Inc. ("Defendant") is a corporation, and as such, is not an infant or incompetent person.

5. The total amount of the default judgment equals $30,719.99 (the "Judgment"). This amount includes $21,094.97 for reasonable attorneys fees, as evidenced by Exhibits 4 and 5 annexed to the amended motion. The remaining amount of the Judgment, $9,625.02, is the Defendant's unpaid withholding from earnings, as evidenced by Exhibit 3. Together the amounts of $21,094.97 plus $9,625.02 equals $30,719.99, which is the total amount of the Judgment.

6. The requested principal amount of the Judgment is equal to the principal amount as demanded in the Complaint.

7. No part of the Judgment sought herein has been paid.

8. The interest on the Debt, as that term is defined in the amended motion, does not exceed 9%.

Dated: Bridgeport, Connecticut
       February 11, 2008

                                          /s/ Jessica Grossarth
                                          Jessica Grossarth