# EXHIBIT 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TEXAS GUARANTEED STUDENT
LOAN CORPORATION,
                Plaintiff,

-against-

MERCER STREET BOOKS, INC.,

                Defendant.

06-CV-11495(WHP) (THK)

**CLERK'S CERTIFICATE**

    I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on **October 31, 2006** with the filing of a summons and complaint, a copy of the summons and complaint was served on defendant by serving **Wayne T. Conti**, C.E.O. of Mercer Street Books, Inc., **IN HAND** and proof of such service was thereof filed on November 8, 2006.

    I further certify that the docket entries indicate that the defendant has not filed an answer or otherwise moved with respect tot he complaint herein. The default of the defendant is hereby noted.

Dated: New York, New York
11/30/07

J. MICHAEL MCMAHON
Clerk of the Court

By: _____
Deputy Clerk

Bridgeport/71256.1/JXG/662168v1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

TEXAS GUARANTEED STUDENT )
LOAN CORPORATION, )
        Plaintiff, )
V. )
)
MERCER STREET BOOKS, INC., )
        Defendant. )
)

CIVIL ACTON NO.

06-CV-11495(WHP) (THK)
(ECF Case)

### AFFIDAVIT IN SUPPORT OF ENTRY OF DEFAULT AGAINST MERCER STREET BOOKS

STATE OF CONNECTICUT )
                    ) ss: Bridgeport
COUNTY OF FAIRFIELD )

Jessica Grossarth, being duly sworn, hereby deposes and says:

1. I am the attorney for the Plaintiff in the above-numbered and styled action.

2. The Complaint was filed by the Plaintiff against Mercer Street Books ("Defendant") with this Court on October 31, 2006.

3. A Summons was issued in this proceeding on October 31, 2006, setting a date to answer or respond for November 27, 2006.

4. The Summons and Complaint were properly served on the Wayne T. Conti, C.E.O. of the Defendant, in hand on November 6, 2006.

5. The Plaintiff filed an Affidavit of Service with this Court on November 8, 2006.

6. The time within which the Defendant may answer or otherwise respond to the Complaint has expired and the Defendant has failed to answer or otherwise respond to the Complaint.

7. The Defendant is not in the military and is not an infant or incompetent person.

*Jessica Grossarth* (JG1138)

Subscribed and Sworn to before me this 28th day of November, 2007.

*Carol A. McConnell*
Carol A. McConnell
Notary Public
My Commission Expires: 8/31/08

Bridgeport/71256.1/JXG/662213v1

Carol A. McConnell
Notary Public
State of Connecticut
My Commission Expires August 31, 2008

2