

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| TEXAS GUARANTEED STUDENT LOAN CORPORATION,<br>　　　Plaintiff,<br>V.<br><br>MERCER STREET BOOKS, INC.,<br>　　　Defendant. | CIVIL ACTON NO.<br><br>06-CV-11495(WHP) |

### JUDGMENT BY DEFAULT

The Defendant, Mercer Street Books, Inc. ("Defendant"), having been regularly notified by service of process and having failed to plead or otherwise defend, and the time for pleading or otherwise defending having expired according to law, and the default of the Defendant having been duly entered by the Clerk on November 30, 2007; and it appearing based upon the Affidavit of Doug W. Ray initiating this proceeding (the "Complaint") is for a sum certain:

**NOW THEREFORE,** upon application of the Plaintiff, Texas Guaranteed Student Loan Corporation ("Plaintiff"), judgment is hereby entered against the Defendant in favor of and pursuant to the prayer of the Plaintiff, as follows.

**IT IS ORDERED**, that a money judgment is hereby entered against Defendant in the amount of $30,719.99.

**SO ORDERED:**

WILLIAM H. PAULEY III U.S.D.J.

2/26/08

Bridgeport/71256.1/JXG/669560v1